FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

12 MAR 21  AM 11: 18

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | CRIMINAL NO. 12 - 586 |
| Plaintiff,     ) | |
| ) | |
| vs.     ) | 18 U.S.C. § 844(e): Threats by mail, |
| ) | telephone, or other instrument. |
| DAUD ANWAR,     ) | |
| ) | |
| Defendant.     ) | |

## INDICTMENT

The Grand Jury charges:

On or about March 3, 2011, in Doña Ana County, in the District of New Mexico, the defendant, **DAUD ANWAR**, through the use of the telephone and e-mail sent through the internet, instruments of interstate commerce, willfully made a threat and maliciously conveyed false information knowing the same to be false, concerning an alleged attempt to unlawfully damage and destroy a building and occupants of the building, namely buildings at New Mexico State University by means of an explosive, in or affecting interstate or foreign commerce.

In violation of 18 U.S.C. § 844(e).

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney
03/19/12  12:53pm